NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL GLIDDEN, DOC #C03866,        )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D18-733
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____ )

Opinion filed November 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Susan G. Barthle, Judge.

PER CURIAM.

            Affirmed.

CASANUEVA, SLEET, and BADALAMENTI, JJ., Concur.